August 23, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

IN THE INTEREST OF J.V.S.J. AND D.E.K.J., CHILDREN

NO. 14-16-00017-CV

_____

Today the Court heard appellee's motion to dismiss the appeal from the order signed by the court below on September 18, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Barbara Ulmer.

We further order this decision certified below for observance.